JS 45
(01/2008)

PIP

**REDACTED**

**Criminal Case Cover Sheet**                                                                         **U.S. District Court**

**Place of Offense:**             Under Seal: Yes ___ No _X_     Judge Assigned: _AJT_

City: New York, NY, and Ashburn, VA     Superseding Indictment ____     Criminal Number: _1:11CR254_

County/Parish ____     Same Defendant ____     New Defendant _X_

Magistrate Judge Case Number ____     Arraignment Date: ____

Search Warrant Case Number ____

R 20/R 40 from District of ____

Related Case Name and No: ____

**Defendant Information:**

Juvenile -- Yes ___ No _X_     FBI # ____

Defendant Name: _Donald Johnson_     Alias Name(s) ____

Address: _Ashburn, VA_

Employment: ____

Birth date _1954_   SS# _0576_   Sex _M_ Def Race ____ Nationality ____ Place of Birth ____

Height ____ Weight ____ Hair ____ Eyes ____ Scars/Tattoos ____

Interpreter: _X_ No ___ Yes List language and/or dialect: ____ Automobile Description ____

**Location Status:**

Arrest Date ____

___ Already in Federal Custody as of ____ in ____
___ Already in State Custody     ___ On Pretrial Release     _X_ Not in Custody
___ Arrest Warrant Requested     ___ Fugitive     ___ Summons Requested
___ Arrest Warrant Pending     ___ Detention Sought     ___ Bond ___

**Defense Counsel Information:**

Name: _Jonathan Simms_     ___ Court Appointed     Counsel conflicted out: ____

Address: 11325 Random Hills Road, Suite 360, Fairfax, VA 22030     _X_ Retained

Telephone: _(703) 225-3366_     ___ Public Defender     Federal Public Defender's Office conflicted out: ___

**U.S. Attorney Information:**

AUSA _Raymond Patricco_     Telephone No: _703-299-3700_     Bar # ____

**Complainant Agency, Address & Phone Number or Person & Title:**

Postal Inspector George Clark, US Postal Inspection Service

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 15 USC §§ 78j & 78ff | Insider Trading | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: _05/24/2011_     Signature of AUSA: ____